C. F. Hurburgh, defendant in error, v. Ernest J. Batten, plaintiff in error. Gen. No. 34,049.

Heard in the first division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.

Ernest J. Batten, *pro se;* Frederick Mains, of counsel. No appearance for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.